U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

OCT 15 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | |
|---|---|
| J. REED WALTERS | CIVIL ACTION NO. 07-1065-A |
| -vs- | JUDGE DRELL |
| AMERICAN CIVIL LIBERTIES UNION OF LOUISIANA | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law, and specifically that there are, at present, no substantial, disputed, issue of federal law;

IT IS ORDERED that the Motion to Remand, Doc. No. 4, is GRANTED. This case is REMANDED to the 28th Judicial District Court, Parish of LaSalle.

SIGNED on this 15 day of October, 2007, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE